**Fill in this information to identify the case:**

Debtor 1: <u>Christian G. Woods</u>

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the <u>Southern District of New York</u>
(State)

Case number: <u>19-23925-shl</u>

Official Form 410S1

# Notice of Mortgage Payment Change                                                        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1

**Name of Creditor:** <u>Novartis Federal Credit Union</u>                    **Court Claim No.** (if known): <u>2</u>

**Last four digits** of any number
you use to identify the debtor's                <u>XXXX7764</u>
account:

**Date of Payment Change:**

Must be at least 21 days after date of
this notice.                                                           <u>February 1, 2021</u>

**New total payment:**

Principal, interest, and escrow, if any                    <u>$1,749.50</u>

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.   **Will there be a change in the debtor's escrow account payment?**

☐   No.
☒   Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe
      the basis for the change.  If a statement is not attached, explain why: _____

      _____

      Current escrow payment: <u>$713.53</u>                    New escrow payment: <u>$748.01</u>

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.   **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒   No.
☐   Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a statement is not
      attached, explain why:_____

      Current interest rate: _____                    New interest rate: _____

      Current principal and interest payment:                    New principal and interest payment:

| Part 3: | Other Payment Change |
|---|---|

3.   **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒   No
☐   Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      *(Court approval may be required before the payment change can take effect.)*
            Reason for change: .

      Current mortgage payment:                    New mortgage payment:

## Part 4:  Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐  I am the creditor.

☐  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Michael J. Chatwin
     Signature

Date:   1/11/2021

Print:     Michael J. Chatwin
           First Name    Middle Name    Last Name

Title   Attorney for Creditor

Company    Shapiro, DiCaro & Barak, LLC as attorneys for Midwest Loan Services as Servicer for Novartis Federal Credit Union

Address    175 Mile Crossing Boulevard
           Number    Street

           Rochester, NY 14624
           City                    State    ZIP Code

Contact phone   (585) 247-9000

Email   logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Mortgage Payment Change was caused to be served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: _____January 11, 2021_____


Chapter 13 Trustee:  Krista M. Preuss
Trustee Email:  info@ch13kp.com

Counsel's Name:  Allen A. Kolber, Law Offices of Allen A. Kolber, Esq.
Counsel's Email: akolber@kolberlegal.com


Debtor's Name:  Christian G. Woods
Debtor's Mailing Address: 17 Somerset Drive, Apartment 12G, Suffern, NY 10901




/s/ Michael J. Chatwin
_____
Michael J. Chatwin

**MY CU HOME LOANS**
C/O Midwest Loan Services
PO Box 188
Houghton, MI 49931



Forwarding Service Requested


323                                                                          12/07/2020
CHRISTIAN  WOODS
17 SOMERSET DR 12G
SUFFERN, NY  10901


RE: Loan Number:          ▊▊▊▊▊▊
    Property Address:        17 SOMERSET DR 12G
                              SUFFERN,NY 10901

Dear  CHRISTIAN WOODS,

CHAPTER 13 – ANNUAL ESCROW ADJUSTMENT

An Annual Escrow Account Disclosure Statement for your mortgage loan currently serviced by Midwest Loan Services has been prepared and mailed separately. This analysis has identified an increase in your annual tax and/or insurance expenses which has resulted in a post-petition escrow shortage of $206.93

In an effort to accurately maintain your escrow account, it is necessary for us to collect this post-petition shortage over the next 12 months. Effective 02/01/2021 your monthly payment will be $1,749.50.

PLEASE NOTE: Our Escrow Analysis Enclosure doesn't distinguish between pre-petition and post-petition shortages; therefore, the calculated shortage is excluded from the new escrow payment.  The Annual Escrow Adjustment Letter provides the explanation regarding the shortage and the new monthly payment.

Sincerely,


Escrow Services

_____
Customer Service:  800-262-6574 * Email: info@midwestloanservices.com  *Web: www.midwestloanservices.com

MLS Form 4079

MY CU HOME LOANS
C/O MIDWEST LOAN SERVICES
PO Box 188
Houghton MI 49931





Forwarding Service Requested

001446
CHRISTIAN WOODS
17 SOMERSET DR 12G
SUFFERN, NY 10901

## Contact Information

**customerservice@midwestloanservices.com**

**24 Hour Automated Service:** **800-262-6574**
Customer Service Hours
Monday - Friday, 8:00 a.m. - 8:00 p.m. EST

**Correspondence Address:**
MY CU HOME LOANS
C/O MIDWEST LOAN SERVICES
PO Box 188
Houghton, MI 49931

## Loan Information

**Loan Number:**
**Property Address: 17 SOMERSET DR 12G**
**SUFFERN, NY 10901**

**Analysis Date:**                                    **12/07/20**

# Annual Escrow Account Disclosure Statement

## Payment Information

| | Previous Analysis Payment | New Analysis Payment As of 02/01/21 |
|---|---|---|
| Principal & Interest | $1,001.49 | $1,001.49 |
| Escrow Deposit | $713.53 | $730.77 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Subsidy | $0.00 | $0.00 |
| **Total** | **$1,715.02** | **$1,732.26** |

**If you elect to pay the entire shortage amount,** your new monthly payment will be $1,732.26, effective 02/01/2021 based on the Anticipated Annual Disbursements.

## Anticipated Annual Disbursements

| | |
|---|---|
| SCHOOL TAX | $3,967.90 |
| TOWN TAX | $1,354.98 |
| PMI | $900.36 |
| VILLAGE TAX | $2,546.04 |
| TOTAL DISBURSEMENTS | $8,769.28 |
| 1/12th Total Annual Disbursements Monthly Deposit | $730.77 |

## Projected Escrow Balance Summary

As of 09/2021

| | |
|---|---|
| PROJECTED LOW BAL | -$234.71 |
| LESS REQUIRED LOW BAL | $1,311.48 |
| ESCROW SHORTAGE | $1,546.19 |

## NOTICE:

Please be advised that this analysis is an attempt to keep you informed as to the condition of your escrow account. We are aware of your bankruptcy proceedings. This document is being provided for informational purposes only and should not be construed as a demand for payment. In addition, the contractual due date shown may not reflect the current due date under the terms of your bankruptcy plan. Post-petition payments scheduled for payment outside your plan should be paid on their normal due date.

*If your payment is issued by a third party, or if you make payments through a bill pay service, please make sure your new total monthly payment amount is updated with your service provider.*

**Please write your loan number on your check and mail this portion with your payment**

## ESCROW SHORTAGE COUPON
*(THIS IS NOT A BILL)*

**NAME:** CHRISTIAN WOODS

**Shortage Amount: $1,546.19**

Please Note: The total escrow shortage has been divided over the next 12 months. The new monthly escrow deposit reflects any adjustments in your tax and/or insurance disbursements. This has resulted in your monthly payment being adjusted to $1,732.26 effective 02/01/2021

If you elect to pay the entire shortage amount, your new monthly payment will be $1,732.26, effective 02/01/2021 based on the Anticipated Annual Disbursements.

***Attention: Escrow shortages should not be paid via bill pay services or at the branch.***

**Escrow Shortage**
**Amount Enclosed** _____

Please make your check payable to:

MY CU HOME LOANS
C/O MIDWEST LOAN SERVICES
PO BOX 188
HOUGHTON MI 49931-0188

# Escrow Account History

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

- An asterisk (*) indicates a difference from the projected activity in either the amount or date

- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

- Your projected low point may or may not have been reached based on one or more of the following factors:

| **Payment(s)** | **Taxes** | **Insurance** |
|---|---|---|
| • Monthly payment(s) received were less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) received earlier OR later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
| | • Tax installment not paid | • Premium was not paid |
| | • Tax refund received | • Premium refund received |
| | • New tax escrow requirement paid | • New insurance escrow requirement paid |
| | | • Lender placed insurance premium paid |

| Month | Payments To Escrow Projected | Payments To Escrow Actual | Disbursements From Escrow Projected | Disbursements From Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $5,668.51 | $1,718.94 |
| 05/20 | $0.00 | $713.23 * | $0.00 | $0.00 | PAYMENT | | $2,432.17 |
| 05/20 | $0.00 | $0.00 | $0.00 | $75.03 * | PMI | | $2,357.14 |
| 06/20 | $0.00 | $0.00 | $0.00 | $2,546.04 * | VILLAGE TAX | | -$188.90 |
| 06/20 | $0.00 | $0.00 | $0.00 | $75.03 * | PMI | | -$263.93 |
| 06/20 | $0.00 | $6.54 * | $0.00 | $0.00 | Intr on Esc | | -$257.39 |
| 07/20 | $713.53 | $713.23 * | $0.00 | $0.00 | PAYMENT | $6,382.04 | $455.84 |
| 07/20 | $0.00 | $0.00 | $75.03 | $0.00 | PMI | $6,307.01 | $455.84 |
| 07/20 | $0.00 | $0.00 | $2,441.04 * | $0.00 | VILLAGE TAX | $3,865.97 | $455.84 |
| 07/20 | $0.00 | $0.00 | $0.00 | $75.03 * | PMI | $3,865.97 | $380.81 |
| 08/20 | $713.53 | $713.83 * | $0.00 | $0.00 | PAYMENT | $4,579.50 | $1,094.64 |
| 08/20 | $0.00 | $0.00 | $75.03 | $0.00 | PMI | $4,504.47 | $1,094.64 |
| 08/20 | $0.00 | $0.00 | $0.00 | $75.03 * | PMI | $4,504.47 | $1,019.61 |
| 09/20 | $713.53 | $713.53 E | $0.00 | $0.00 | PAYMENT | $5,218.00 | $1,733.14 |
| 09/20 | $0.00 | $0.00 | $75.03 | $0.00 | PMI | $5,142.97 | $1,733.14 |
| 09/20 | $0.00 | $713.83 * | $0.00 | $0.00 | PAYMENT | $5,142.97 | $2,446.97 |
| 09/20 | $0.00 | $0.00 | $0.00 | $3,967.90 * | SCHOOL TAX | $5,142.97 | -$1,520.93 |
| 09/20 | $0.00 | $0.00 | $0.00 | $75.03 * | PMI | $5,142.97 | -$1,595.96 |
| 09/20 | $0.00 | $3.19 * | $0.00 | $0.00 | Intr on Esc | $5,142.97 | -$1,592.77 |
| 09/20 | $0.00 | $0.00 | $3,865.97 | $0.00 | SCHOOL TAX | $1,277.00 < | -$1,592.77 < |
| 10/20 | $713.53 | $713.53 E | $0.00 | $0.00 | PAYMENT | $1,990.53 | -$879.24 |
| 10/20 | $0.00 | $0.00 | $75.03 | $0.00 | PMI | $1,915.50 | -$879.24 |
| 10/20 | $0.00 | $0.00 | $0.00 | $75.03 * | PMI | $1,915.50 | -$954.27 |
| 10/20 | $0.00 | $713.53 * | $0.00 | $0.00 | PAYMENT | $1,915.50 | -$240.74 |
| 11/20 | $713.53 | $713.53 E | $0.00 | $0.00 | PAYMENT | $2,629.03 | $472.79 |
| 11/20 | $0.00 | $0.00 | $75.03 | $0.00 | PMI | $2,554.00 | $472.79 |
| 11/20 | $0.00 | $713.53 * | $0.00 | $0.00 | PAYMENT | $2,554.00 | $1,186.32 |
| 11/20 | $0.00 | $0.00 | $0.00 | $75.03 * | PMI | $2,554.00 | $1,111.29 |
| 12/20 | $713.53 | $713.53 E | $0.00 | $0.00 | PAYMENT | $3,267.53 | $1,824.82 |
| 12/20 | $0.00 | $0.00 | $75.03 | $75.03 E | PMI | $3,192.50 | $1,749.79 |
| 01/21 | $713.53 | $713.53 E | $0.00 | $0.00 | PAYMENT | $3,906.03 | $2,463.32 |
| 01/21 | $0.00 | $0.00 | $75.03 | $75.03 E | PMI | $3,831.00 | $2,388.29 |
| 01/21 | $0.00 | $0.00 | $1,354.98 | $1,354.98 E | TOWN TAX | $2,476.02 | $1,033.31 |
| Total | $4,994.71 | $7,858.56 | $8,187.20 | $8,544.19 | | | |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $1,461.54 or 1/6th of the total anticipated annual disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under the Mortgage Contract or State or Federal Law, the targeted low point in your escrow account is $1,311.48 and the actual low point balance was -$1,592.77; the amount is indicated with an arrow (<).

■

# Coming Year Escrow Projections

The Coming Year Escrow Projection is a month by month estimate of activity in your escrow account over the next 12 months. Your current escrow balance and all anticipated payments and disbursements are included to determine the Projected Escrow Account Balance. The Required Escrow Account Balance is the amount actually required to be on deposit as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Anticipated Annual Disbursements. Please retain this statement for comparison with the actual activity in your account.

| Month | Anticipated To Escrow | Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,033.31 | $2,579.50 |
| 02/21 | $730.77 | $0.00 | PAYMENT | $1,764.08 | $3,310.27 |
| 02/21 | $0.00 | $75.03 | PMI | $1,689.05 | $3,235.24 |
| 03/21 | $730.77 | $0.00 | PAYMENT | $2,419.82 | $3,966.01 |
| 03/21 | $0.00 | $75.03 | PMI | $2,344.79 | $3,890.98 |
| 04/21 | $730.77 | $0.00 | PAYMENT | $3,075.56 | $4,621.75 |
| 04/21 | $0.00 | $75.03 | PMI | $3,000.53 | $4,546.72 |
| 05/21 | $730.77 | $0.00 | PAYMENT | $3,731.30 | $5,277.49 |
| 05/21 | $0.00 | $75.03 | PMI | $3,656.27 | $5,202.46 |
| 06/21 | $730.77 | $0.00 | PAYMENT | $4,387.04 | $5,933.23 |
| 06/21 | $0.00 | $75.03 | PMI | $4,312.01 | $5,858.20 |
| 07/21 | $730.77 | $0.00 | PAYMENT | $5,042.78 | $6,588.97 |
| 07/21 | $0.00 | $75.03 | PMI | $4,967.75 | $6,513.94 |
| 07/21 | $0.00 | $2,546.04 | VILLAGE TAX | $2,421.71 | $3,967.90 |
| 08/21 | $730.77 | $0.00 | PAYMENT | $3,152.48 | $4,698.67 |
| 08/21 | $0.00 | $75.03 | PMI | $3,077.45 | $4,623.64 |
| 09/21 | $730.77 | $0.00 | PAYMENT | $3,808.22 | $5,354.41 |
| 09/21 | $0.00 | $75.03 | PMI | $3,733.19 | $5,279.38 |
| 09/21 | $0.00 | $3,967.90 | SCHOOL TAX | -$234.71 | $1,311.48 < |
| 10/21 | $730.77 | $0.00 | PAYMENT | $496.06 | $2,042.25 |
| 10/21 | $0.00 | $75.03 | PMI | $421.03 | $1,967.22 |
| 11/21 | $730.77 | $0.00 | PAYMENT | $1,151.80 | $2,697.99 |
| 11/21 | $0.00 | $75.03 | PMI | $1,076.77 | $2,622.96 |
| 12/21 | $730.77 | $0.00 | PAYMENT | $1,807.54 | $3,353.73 |
| 12/21 | $0.00 | $75.03 | PMI | $1,732.51 | $3,278.70 |
| 01/22 | $730.77 | $0.00 | PAYMENT | $2,463.28 | $4,009.47 |
| 01/22 | $0.00 | $75.03 | PMI | $2,388.25 | $3,934.44 |
| 01/22 | $0.00 | $1,354.98 | TOWN TAX | $1,033.27 | $2,579.46 |
| **Total** | **$8,769.24** | **$8,769.28** | | | |

**Private Mortgage insurance:** Your mortgage loan requires private mortgage insurance (PMI). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, Federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does NOT affect any obligation you may have to maintain other types of insurance. To determine if you may be eligible to cancel the PMI, please contact us at the phone number, address or e-mail address listed on the front of this disclosure.

**Borrower Requested Cancellation of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999, as a single-family primary residence, you have the right to request that PMI be cancelled on or after either of these dates: (1) the date the principal balance of your loan is first scheduled to reach 80% of the original value of the property or (2) the date the principal balance actually reaches 80% of the original value of the property. PMI will only be cancelled on these dates if (1) you submit a written request for cancellation; (2) you have a good payment history; and (3) we receive, if requested (and at your expense), evidence that the value of the property has not declined below its original value and certification that there are no subordinate liens on the property. A "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

**Automatic Termination of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999, as a single-family primary residence and if you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78% of the original value of the property. If you are *NOT* current on your loan payments as of that date, PMI will automatically terminate when you become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan, if you are current on your payments on that date.

**If your loan closed before July 29,1999 or if it is not a single-family primary residence or second home:** The conditions for cancelling mortgage insurance for mortgages closed before July 29, 1999, are not statutory under Federal law. They may be changed at any time (unless otherwise required by State law).